FILED

09/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0365

IN THE MATTER OF

P.C., G.C. and S.C.,

    Youths in Need of Care.

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant, L.C., is granted an extension of time until November 14, 2022 to prepare, serve, and file the Opening Brief. No further extensions will be granted.

Electronically signed by:
Grant of Extension of Time
Mike McGrath
Chief Justice, Montana Supreme Court
September 14 2022
Page 1